STUART F. DELERY
Assistant Attorney General

ANDRE BIROTTE JR.
United States Attorney
Central District of California

SHEILA M. LIEBER
Deputy Director

TAMRA T. MOORE
BENJAMIN L. BERWICK
E-Mail:Tamra.Moore@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8460
DC Bar #488392

*Attorneys for Defendant Sebelius*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| HOSPITAL OF BARSTOW, INC. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KATHLEEN SEBELIUS, in her official capacity as Secretary of Health and Human Services, <br><br> Defendant. | Case No.: Cv-11-10638 (SVW-MAN) <br><br> NOTICE OF DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT <br> Date:   January 6, 2014 <br> Time:  1:30 pm <br> Courtroom: 6 <br><br> Trial Date: None set |

PLEASE TAKE NOTICE that, on Monday, January 6, 2014, before the

Honorable Steven V. Wilson, defendant, Kathleen Sebelius, in her official capacity

1

Notice of Defendant's Cross-Motion for Summary Judgment

as Secretary of Health and Human Services, will move for an order granting summary judgment in her favor in this action pursuant to Rule 56(c) of the Federal Rules of Civil Procedure.  As explained in the accompanying Memorandum of Points and Authorities In Support of Defendant's Cross-Motion for Summary Judgment, defendant is entitled to summary judgment based on the administrative record in this case, which demonstrates that the Secretary's decision to approve the challenged state plan amendment submitted by the State of California ("the challenged SPA") was neither arbitrary nor capricious in violation of the APA. This motion is supported by this Notice, the accompanying Memorandum of Points and Authorities, the administrative record in this case, and defendant's Statement of Uncontroverted Facts and Conclusions of Law.

DATED:  November 7, 2013            Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ANDRÉ BIROTTE JR.
United States Attorney
Central District of California

SHEILA LIEBER
Deputy Director

s/ *Tamra T. Moore*
TAMRA T. MOORE
BENJAMIN L. BERWICK
E-Mail: Tamra.Moore@usdoj.gov
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, D.C. 20530
Phone: (202) 514-8095
Fax: (202) 616-8460

*Attorneys for Defendant Sebelius*

Notice of Defendant's Cross-Motion for Summary Judgment

**CERTIFICATE OF SERVICE**

I certify that on this 7th day of November, 2013, I caused a copy of the foregoing Notice of Defendant's Cross-Motion for Summary Judgment to be filed electronically and that the document is available for viewing and downloading from the ECF system.

s/ <u>*Tamra T. Moore*</u>